IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CHANNEL BYNUM,<br>   Plaintiff,<br>     v.<br>COMMUNITY LOANS OF<br>AMERICA, INC., *et al.*,<br>   Defendants. | Case No. 20-cv-1564-PP |

**STIPULATED MOTION
FOR FINAL APPROVAL**

Plaintiff Channel Bynum ("Named Plaintiff"), on behalf of herself and the certified Rule 23 Class Members and 29 U.S.C. § 216(b) Collective Members (collectively "Class Members") and Defendants Community Loans of America, Inc. ("CLA") and Wisconsin Auto Title Loans, Inc. ("WATL") (CLA and WATL collectively referred to herein as "Defendants") (Named Plaintiff, Class Members, and Defendants collectively referred to herein as the "Parties"), by and through their Counsel, submit this Stipulated Motion for Final Approval.

  1. On July 25, 2022, the Court entered an Order Granting Joint Motion for Preliminary Approval and Class Certification (ECF No. 41) and Setting Fairness Hearing, which found the settlement agreement is fair, reasonable, and adequate, certified the Classes pursuant to Rule 23, approved the form and content of the Notice sent to Class Members, and set the fairness hearing. (ECF No. 48.)

  2. Currently pending before the Court is Plaintiff's motion for an award of attorneys' fees and costs.

3. As the notice periods have closed, and there have been no objectors, nor excluders, the Parties move the Court for final approval and respectfully request the Court to enter the proposed order filed with this motion.

Dated this 29th day of September, 2022.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **s/LAURA MALUGADE** | **s/LARRY A. JOHNSON** |
| Kenneth R. Nowakowski | Larry A. Johnson |
| Ken.Nowakowski@huschblackwell.com | Bar Number 1056619 |
| Laura L. Malugade | Summer Murshid |
| Laura.Malugade@huschblackwell.com | Bar Number 1075404 |
| | Timothy Maynard |
| HUSCH BLACKWELL LLP | Bar Number 1080953 |
| 511 N. Broadway, Suite 1100 | Attorneys for Plaintiff |
| Milwaukee, WI 53202 | |
| (414) 273-2100 (office) | **Hawks Quindel, S.C.** |
| (414) 223-5000 (facsimile) | 5150 N. Port Washington Road |
| | Suite 243 |
| Randall Thompson (Application for Admission Pending) | Milwaukee, WI 53217 |
| | Telephone: 414-271-8650 |
| Randall.Thompson@huschblackwell.com | Fax: 414-271-8442 |
| | E-mail: ljohnson@hq-law.com |
| HUSCH BLACKWELL LLP | smurshid@hq-law.com |
| 190 Carondelet Plaza, Suite 600 | tmaynard@hq-law.com |
| St. Louis, MO 63105-3433 | |
| (314) 345-6453 (office) | |
| (314) 480-1505 (facsimile) | |
| **Attorneys for Defendants** | |